PARSONS *et al. v.* BROWN.

HILL, J. There was no error in excluding the evidence objected to on the trial of the case, nor in the charge of the court complained of. The evidence authorized the verdict, and the court did not err in refusing a new trial.          *Judgment affirmed. All the Justices concur.*

No. 3489. JULY 12, 1923.

Equitable petition. Before Judge Gower. Ben Hill superior court. October 21, 1922.

*A. J. & J. C. McDonald,* for plaintiffs in error.

*Crum & Jones, Wall & Grantham,* and *C. W. Bussell,* contra.

---

ALLEN *v.* MORRIS *et al.*

PER CURIAM. The method of procuring an order from the court of ordinary for a sale of the property of a minor by his guardian, for the purpose of his support and education, is the same as that provided for administrators' sales. Civil Code (1910), § 3066. The method of obtaining orders for the sale of the lands of intestates by administrators is prescribed in the Civil Code (1910), § 4026, and the service of citation based on such applications is provided in that section. Section 5565 of the Code of 1910 is not applicable to a proceeding by a guardian in the court of ordinary for an order authorizing him to sell the lands of his minor ward for his support and education. No change has been made in the method to be pursued by a guardian for obtaining an order from the court of ordinary for the sale of the lands of his minor ward for his support and education, since the decision in *Prine* v. *Mapp,* 80 *Ga.* 137 (5 S. E. 66), and the present case is governed by the principles enunciated in that case.

*Judgment affirmed. All the Justices concur, except Russell, C. J., dissenting.*

No. 3503. JULY 12, 1923.

Equitable petition. Before Judge Wright. Floyd superior court. October 23, 1922.

*M. B. Eubanks,* for plaintiff.

*Harris & Harris* and *Maddox, Lipscomb & Matthews,* for defendants.